**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6441**

MAURICE EDWARD THOMPSON,

Petitioner - Appellant,

v.

LENOIR COUNTY COURTHOUSE,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:18-hc-02317-BO)

Submitted:  May 23, 2019                    Decided:  May 29, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Maurice Edward Thompson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Edward Thompson filed a notice of appeal in this pending 28 U.S.C. § 2241 (2012) action. He failed, however, to properly "designate the judgment, order, or part thereof being appealed" as required by Fed. R. App. P. 3(c)(1)(B). Although he stated in his notice of appeal and informal brief that he wished to appeal orders entered on August 23, 2018, November 9, 2018, and March 6, 2019, there are no corresponding orders on or near those dates on the district court's docket.

Because it is impossible for us to ascertain the judgment or order that Thompson wishes to appeal, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. *See Jackson v. Lightsey,* 775 F.3d 170, 176-77 (4th Cir. 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*